UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America | ) | CR. NO.: 3:09-826-CMC |
|---|---|---|
| v. | ) | **OPINION and ORDER** |
| Alfred Outen, III, | ) | |
| Defendant, | ) | |

This matter is before the court on Defendant's motion for a "clean" copy of his docket sheet; that is, to seal "anything indicating that I cooperated with the government." Mot. at 1 (ECF No. 1053, filed Jan. 10, 2013). Defendant contends that he has been transferred to a new penal institution and that as a consequence, he seeks to have certain material sealed in this file.

No motion to seal was filed in this matter during its pendancy. The court will not authorize the sealing of material in the public record after the conclusion of a case absent specific, versus generalized, information relating to cooperation with authorities.

Accordingly, Defendant's motion to seal is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 6, 2013

1